Barry Melton, Esq.
California Bar #104700
PO Box 116
Petaluma, CA 94953-0116
530-304-9192
thefish@counterculture.net

Luke Busby, Esq.
Nevada Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
luke@lukeandrewbusbyltd.com
*Pro Hac Vice Application Pending*

Michael S. Biggs, Esq.
California Bar #237640
Biggs Law Office
319 Lennon Lane
Walnut Creek, CA 94598
(925) 933-1300
michaelbiggs@biggslawoffice-apc.com

*Attorneys for the Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF LEON SCHMIDT, through CO-ADMINISTRATORS GARY SCHMIDT and CAROL ADAMS, GARY SCHMIDT, an individual, CAROL ADAMS, an individual, AND SHERI FIHN, an individual.<br><br>    Plaintiffs,<br><br>v. | Case No. 3:25-cv-06731-TSH<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

THE CITY OF AMERICAN CANYON,
THE COUNTY OF NAPA,
JOSEPH CHERRY, individually,
and REBECCA BROCKMAN, individually,
and DOES 2-25, inclusive.
                                                        /

PLEASE TAKE NOTICE that, Michael S. Biggs, Esq., of Biggs Law Office, hereby associates as additional co-counsel of record for Plaintiffs THE ESTATE OF LEON SCHMIDT (through CO-ADMINISTRATORS GARY SCHMIDT and CAROL ADAMS), GARY SCHMIDT, CAROL ADAMS, and SHERI FIHN in the above-captioned action.

All pleadings, orders, notices, and other documents in this action should continue to be served upon existing counsel of record, Barry Melton, Esq., and Luke Busby, Esq., and additionally upon:

>   Michael S. Biggs, Esq.
>   California Bar #237640
>   Biggs Law Office
>   319 Lennon Lane
>   Walnut Creek, CA 94598
>   Telephone: (925) 933-1300
>   Email: michaelbiggs@biggslawoffice-apc.com

                                    Dated: Aug 21, 2025

                                    By: _____
                                    Barry Melton, Esq.
                                    California Bar #104700
                                    PO Box 116
                                    Petaluma, CA 94953-0116
                                    530-304-9192
                                    thefish@counterculture.net

2

By: /s/ Luke Busby, Esq.
Luke Busby, Esq.
Nevada Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
luke@lukeandrewbusbyltd.com
*Pro Hac Vice Application Pending*

By: *Michael S. Biggs*
Michael S. Biggs, Esq.
California Bar #237640
Biggs Law Office
319 Lennon Lane
Walnut Creek, CA 94598
(925) 933-1300
michaelbiggs@biggslawoffice-apc.com

*Attorneys for the Plaintiffs*

# Assocaition of Counsel

Final Audit Report                                      2025-08-21

| | |
|---|---|
| Created: | 2025-08-21 |
| By: | Luke Busby (luke@lukeandrewbusbyltd.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAcmq8vqGR9SbuD2JeM5aPcc6KVxoTOD2k |

## "Assocaition of Counsel" History

- Document created by Luke Busby (luke@lukeandrewbusbyltd.com)
  2025-08-21 - 8:35:41 PM GMT- IP address: 185.98.169.79

- Document emailed to Barry Melton, Esq. (thefish@counterculture.net) for signature
  2025-08-21 - 8:35:46 PM GMT

- Email viewed by Barry Melton, Esq. (thefish@counterculture.net)
  2025-08-21 - 9:26:11 PM GMT- IP address: 172.225.89.60

- Document e-signed by Barry Melton, Esq. (thefish@counterculture.net)
  Signature Date: 2025-08-21 - 9:27:40 PM GMT - Time Source: server- IP address: 172.15.13.62

- Agreement completed.
  2025-08-21 - 9:27:40 PM GMT

Adobe Acrobat Sign