Barry Melton, Esq.
California Bar #104700
PO Box 116
Petaluma, CA 94953-0116
530-304-9192
thefish@counterculture.net

Luke Busby, Esq.
Nevada Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
luke@lukeandrewbusbyltd.com
*Admitted Pro Hac Vice*

Michael S. Biggs, Esq.
California Bar #237640
Biggs Law Office
319 Lennon Lane
Walnut Creek, CA 94598
(925) 933-1300
michaelbiggs@biggslawoffice-apc.com

*Attorneys for the Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF LEON SCHMIDT, et al..<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF AMERICAN CANYON, et al.<br><br>Defendants. | Case No.: 3:25-cv-06731-MMC<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT** |

Plaintiffs THE ESTATE OF LEON SCHMIDT, through CO-ADMINISTRATORS GARY SCHMIDT and CAROL ADAMS, GARY SCHMIDT, CAROL ADAMS, and SHERI FIHN (collectively "Plaintiffs"), by and through their undersigned counsel, Defendants COUNTY OF NAPA, JOSEPH CHERRY, and REBECCA BROCKMAN, by and through their undersigned counsel, and Defendant CITY OF AMERICAN CANYON, by and through its undersigned counsel, hereby stipulate as follows:

On July 17, 2026, the Court entered its Order Granting Motions to Dismiss First Amended Complaint (ECF 64), granting Plaintiffs leave to amend, with Plaintiffs' Second Amended Complaint due to be filed no later than August 17, 2026.

Plaintiffs are engaged in gathering records and information from family members and third parties necessary to prepare the Second Amended Complaint in light of the Court's Order, and require additional time to complete that process.

This is the first request to extend the deadline for Plaintiffs to file the Second Amended Complaint. The extension of time set forth below will not alter the date of any other event or any other deadline already fixed by Court order. No case management conference or trial date is currently set.

NOW THEREFORE, THE UNDERSIGNED PARTIES STIPULATE TO the following:

That counsel of record for Plaintiffs has the authority to enter into this Stipulation on behalf of their clients.

That counsel of record for Defendants COUNTY OF NAPA, JOSEPH CHERRY, and REBECCA BROCKMAN has the authority to enter into this Stipulation on behalf of their clients.

That counsel of record for Defendant CITY OF AMERICAN CANYON has the authority to enter into this Stipulation on behalf of its client.

The deadline for Plaintiffs to file the Second Amended Complaint is extended by 30 days, from August 17, 2026 to September 16, 2026.

Defendants shall have thirty (30) days from the date of the filing of Plaintiffs' Second Amended Complaint to file any responsive pleadings.

IT IS SO STIPULATED

DATED: August 13, 2026

PORTER SCOTT, A PROFESSIONAL CORPORATION

By: /s/ Margaux E. Roush
WILLIAM E. CAMY
MARGAUX E. ROUSH

*Attorney for Defendants COUNTY OF NAPA, JOSEPH CHERRY, and REBECCA BROCKMAN*

HAWKINS PARNELL & YOUNG LLP

By: /s/ Danielle K. Lewis
DANIELLE K. LEWIS

*Attorney for Defendant CITY OF AMERICAN CANYON*

By: /s/ Luke Busby
LUKE BUSBY

*Attorney for Plaintiffs THE ESTATE OF LEON SCHMIDT, through CO-ADMINISTRATORS GARY SCHMIDT and CAROL ADAMS, GARY SCHMIDT, an individual, CAROL ADAMS, an individual, and SHERI FIHN*

## FILER'S ATTESTATION

I, Luke Busby, hereby attest that all other signatories listed herein concur in the filing's content and have authorized that their electronic signature be affixed above and have authorized the filing.

By: /s/ Luke Busby
LUKE BUSBY
DATED: August 13, 2026

## ~~[PROPOSED]~~ ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiffs to file the Second Amended Complaint is extended from August 17, 2026 to September 16, 2026.

Defendants shall have thirty (30) days from the date of the filing of Plaintiffs' Second Amended Complaint to file any responsive pleadings.

**IT IS SO ORDERED.**

DATED: August 13, 2026

MAXINE M. CHESNEY
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT** to be filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, including:

William E. Camy
Margaux E. Roush
Porter Scott, A Professional Corporation
2180 Harvard Street, Suite 500
Sacramento, CA 95815
wcamy@porterscott.com
mroush@porterscott.com
*Attorneys for Defendants County of Napa, Joseph Cherry, and Rebecca Brockman*

Danielle K. Lewis
Hawkins Parnell & Young LLP
1 Post Street, Suite 2500
San Francisco, CA 94104
dlewis@hpylaw.com
*Attorney for Defendant City of American Canyon*

and a courtesy copy to be sent by US Mail to:

United States District Court
Office of the Clerk
450 Golden Gate Ave, 16th Floor
San Francisco, CA 94102

Dated: Aug 13, 2026

By: /s/ Luke Busby